

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00545-CV

**STRATA TRUST COMPANY**, f/b/o Ronald D. Ballard IRA Account,
Appellant

v.

**J & L OWENS**, **SERIES, LLC**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22177
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: January 6, 2021

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is unopposed by appellee. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM